# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
         **Plaintiff,**

         **v.**                                                    **Case No. 11-CR-133**

**JOSE MONTALVO-BORRERO.**
         **Defendant.**

## ORDER

On April 11, 2013, I adjourned the jury trial set for April 15, 2013, and set the case for status on May 10, 2013. For the reasons discussed on the record, the ends of justice served by granting this adjournment outweighed the best interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7).

Defendant was not produced for the May 10, 2013 hearing due to a medical restriction, and I put the case over to May 14, 2013. The ends of justice served by this continuance also outweigh the best interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); see also 18 U.S.C. § 3161(h)(4).

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 10th day of May, 2013.

/s Lynn Adelman

_____
LYNN ADELMAN
District Judge